USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CAMILLE LEWANDOWSKI,

                Plaintiff,

        -against-

CHIPOTLE MEXICAN GRILL, INC.,

               Defendant.
------------------------------------------------------------X

20-CV-0948 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff, as the party invoking federal diversity jurisdiction, bears the burden of demonstrating this Court's subject-matter jurisdiction, *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994), including "complete diversity," *Raymond Loubier Irrevocable Tr. v. Loubier*, 858 F.3d 719, 725 (2d Cir. 2017) (internal quotation marks omitted);

    WHEREAS Plaintiff's Complaint indicates that Plaintiff "was and still is a resident of New York" and defendant "was and still is a corporation or a body corporate formed and existing in accordance with the laws of the State of New York," Dkt. 1 ¶¶ 1-2;

    WHEREAS this Court must dismiss any action without prejudice if it "determines at any time that it lacks subject-matter jurisdiction over it," Fed. R. Civ. P. 12(h)(3);

    IT IS HEREBY ORDERED that no later than **February 12, 2020**, Plaintiff must file a letter showing cause why this case should not be dismissed without prejudice for lack of federal subject-matter jurisdiction.

**SO ORDERED.**

Date: February 5, 2020
      New York, New York

*(signature)*
**VALERIE CAPRONI**
**United States District Judge**