```
UNITED STATES DISTRICT COURT                      USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                     DOCUMENT
-------------------------------------------------------------X   ELECTRONICALLY FILED
 CAMILLE LEWANDOWSKI,                      :      DOC #:_____
                                           :      DATE FILED: 3/13/2020
                            Plaintiff,     :
                                           :
              -against-                    :      20-CV-948 (VEC)
                                           :
                                           :      ORDER
 CHIPOTLE MEXICAN GRILL, INC.,             :
                                           :
                            Defendants.    :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference in this matter is scheduled for **March 20, 2020 at 10:00 a.m.**;

IT IS HEREBY ORDERED THAT:

1. Due to ongoing concerns regarding the COVID-19 outbreak, the conference scheduled for March 20, 2020 is cancelled.

2. The parties' proposed case management plan will be entered separately. Please note that the Court has extended the requested fact discovery period by 60 days. That is a **FIRM** deadline. The parties must meet and formulate a schedule so that **ALL** fact discovery can be completed by **August 17, 2020**.

3. The parties must submit a proposed protective order not later than **March 27, 2020**. If the parties cannot agree on a protective order, they must submit a joint letter by that date setting out the issues on which they cannot agree. The letter may not be more than three pages and must include each party's proposed order.

**SO ORDERED.**

**Date: March 13, 2020**
      **New York, New York**

_____
    **VALERIE CAPRONI**
    **United States District Judge**