```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAMILLE LEWANDOWSKI,

                       Plaintiff,              Index No.: 20-CV-948 (VEC)

v.

CHIPOTLE MEXICAN GRILL, INC.,

                       Defendant.
------------------------------------------------------------X

## ORDER EXTENDING DISCOVERY

THIS MATTER coming before the Court on the parties' joint letter motion submitted by Justin T. Nastro, Esq. of the law firm Freehill Hogan & Mahar LLP, attorneys for Defendant, and for good and sufficient cause having been shown;

It is on this __11__ day of __August__, 2020;

**ORDERED** as follows:

- Plaintiff to appear for her deposition by videoconference on or before September 18, 2020, and Defendant to serve Plaintiff with post-deposition discovery demands and any notice of independent medical exam(s) by October 1, 2015;

- Defendant to provide responses to interrogatories and requests for production by September 9, 2020, with Plaintiff to notice defendant's 30(b)(6) deposition by September 18, 2020, and deposition to take place on or before October 31, 2020;

- All fact discovery to be completed by November 15, 2020;

- All expert disclosures and reports to be served by December 15, 2020; and

- All discovery to be completed by December 31, 2020.

_____
Valerie E. Caproni,
United States District Judge     8/11/2020

530461.1